ACCEPTED
12-14-00085-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/23/2015 4:09:40 PM
CATHY LUSK
CLERK

Case Number 12-14-00085-CV

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/23/2015 4:09:40 PM
CATHY S. LUSK
Clerk

---

COWBOY'S RETAIL & WHOLESALE BEVERAGE DISTRIBUTION, LLC, KYLE GILLIN AND GREAT AMERICAN TREATING, INC.

*Appellant,*

V.

PEGGYE DAVIS, JIM DAVIS, JAY DAVIS AND RICHARD L. RAY,

TRUSTEE,

*Appellee.*

---

## APPELLEES' SECOND MOTION TO POSTPONE ORAL ARGUMENT

---

**TO THE HONORABLE COURT OF APPEALS:**

Now comes PEGGYE DAVIS, JIM DAVIS, JAY DAVIS and RICHARD L. RAY, Appellees and Movants herein, by and through their attorney of record, Richard L. Ray, and files this their Second Motion To Postpone Oral Argument concerning a setting for oral argument and submission on Tuesday, May 12, 2015 at

Page 1

8:30 a.m., Courtroom, First Floor, Cotton Belt Building, 1517 W. Front Street, Tyler, Texas 75702 and for grounds heretofore would show the Court as follows:

I.

That on March 19, 2015 at 6:01 p.m., the Appellees and Movants received an electronic notice from the Court setting the above referenced case for oral argument on May 12, 2015 at 8:30 a.m. A copy of this electronic notification is attached hereto as Exhibit "A".

II.

That counsel for the Appellees and Movants, Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, was previously set for Pre-Trial hearing in Van Zandt County Court at Law at 9:00 a.m. in Canton, Texas; and for three (3) administrative hearings, at 10:00, 10:45, and 11:30 a.m. in Dallas, Texas, at Dallas SSA, located at 12790 Merit Drive, Suite 500, Room 3.

Attached hereto as Exhibit "B" is a copy of the Scheduling Order and the three (3) SSA notices which indicate notice of the Pre-Trial hearing was sent on October 3, 2014, and the SSA notices were sent on March 12, 2015.

That Brent Howard serves as co-counsel for Appellees.

III.

As a result the movant's counsel, who prepared the pending brief, cannot

appear at the setting for oral argument scheduled on Tuesday, May 12, 2015, at 8:30 a.m.

## IV.

This motion to postpone oral argument is not made for purposes of delay but so that justice may be done.

WHEREFORE, prays the Court that this case be postponed until a later date.

Respectfully submitted,

Peggye Davis, Jay Davis, Jim Davis and Richard L. Ray
Appellees and Movants

_____/s/ Richard L. Ray_____
RICHARD L. RAY
State Bar No. 16606300
RAY & THATCHER, ATTORNEYS AT LAW, P.C.
300 S. TRADE DAYS BLVD.
CANTON, TEXAS 75103
903 567-2051
903 567-6998 (FAX)
rlray@rayandthatcher.com

Brent Howard
State Bar No. 10062600
HOWRD & DAVIS
100 E. Ferguson St. #1200
Tyler, Texas 75202
(903) 533-9997
(903) 533-0260 (FAX)
bhoward@hbdtyler.com

ATTORNEYS FOR APPELLEES AND MOVANTS

# VERIFICATION

THE STATE OF TEXAS          §

COUNTY OF VAN ZANDT       §

Richard L. Ray, the Attorney for Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Appellees and Movants named above, being duly sworn, says:

1. That he is the attorney of record for Appellees and Movants in the above styled and numbered cause;

2. That he is duly authorized to make this verification;

3. That he is familiar with the matters set forth in the Appellees' Second Motion To Postpone Oral Argument; and

4. That the matters set forth in such are true to his knowledge.

_____
RICHARD L. RAY

Subscribed and sworn to before me, the undersigned notary public, on this the 7th day of April, 2015.

Paula I. Landwermeyer
Notary Public in and for the State of Texas
My Commission Expires: 09-11-2017

Page 4

## CERTIFICATE OF SERVICE

CERTIFYING that a true and correct copy of the foregoing Appellees' Second Motion to Postpone Oral Argument has on this the 22nd day of April, 2015, been forwarded to the following counsel of record:

J. Bennett White
J. Bennett White, P.C.
P.O. Box 6250
Tyler, Texas 75703

Brent Howard
Howard & Davis
100 E. Ferguson St., #1200
Tyler, Texas 75702.

/s/ Richard L. Ray
RICHARD L. RAY

## CERTIFICATE OF CONFERENCE

I, Richard L. Ray, do hereby certify that I attempted to conference with J. Bennett White of the firm J. Bennett White, P.C., counsel for Appellants concerning the Appellees' Second Motion to Postpone Oral Argument on April 23, 2015. Mr. White was not available so I left a message for him to return. To date and time, no response has been received.

_/s/ Richard L. Ray_

RICHARD L. RAY





Richard Ray <rlray@rayandthatcher.com>

## Notice(s): 12-14-00085-CV

1 message

---

**COA12Noticing@txcourts.gov** <COA12Noticing@txcourts.gov>
To: rlray@rayandthatcher.com

Thu, Mar 19, 2015 at 6:01 PM

You have received notice(s) for the following case(s):

12-14-00085-CV
TC #60,086-B
Cowboy's Retail & Wholesale Beverage Distribution, LLC, Kyle Gillin and Great American Treating, Inc. v.
Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Trustee

Files
MT POSTPONE OA DISP_ANT-APP_GRANT_FILECOPY.pdf

Thank you,
Cathy S. Lusk
12th Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (903) 593-8471.

---

📄 **MT POSTPONE OA DISP_ANT-APP_GRANT_FILECOPY.pdf**
   225K

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

Thursday, March 19, 2015

Mr. Richard L. Ray
Ray & Thatcher, PC
300 S. Trade Days Blvd.
(300 S. Hwy 19)
Canton, TX 75103
* DELIVERED VIA E-MAIL *

Mr. J. Bennett White
J. Bennett White, PC
P.O. Box 6250
Tyler, TX 75711
* DELIVERED VIA E-MAIL *

Mr. Brent Howard
Howard & Davis, PC
100 East Ferguson
Suite 1200
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00085-CV
Trial Court Case Number: 60,086-B

**Style:** Cowboy's Retail & Wholesale Beverage Distribution, LLC, Kyle Gillin and Great American Treating, Inc.
v.
Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Trustee

You are hereby notified that in the above-described case, the following decision and order was this day made and entered by this Court:

"THIS DAY came on to be considered Appellee's Motion to Postpone Oral Argument herein; and the same being inspected, it is ORDERED that said motion be, and hereby is, **GRANTED**, and that oral argument will be set **Tuesday, May 12, 2015 @ 8:30 am.**"

Very truly yours,

CATHY S. LUSK, CLERK

By: _____
Ashley Yount, Deputy Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
http://www.txcourts.gov/12thcoa.aspx

**EXHIBIT**
**"B"**

**CAUSE NO. CV04799**

RECEIVED
OCT 0 6 2014

| | | |
|---|---|---|
| **LARRY WAYNE THOMAS** | § | **THE COUNTY COURT** |
| | § | |
| | § | |
| **VS.** | § | **AT LAW OF** |
| | § | |
| | § | |
| | § | |
| **DEWAYNE ANDERSON** | § | **VAN ZANDT COUNTY, TEXAS** |

## SCHEDULING ORDER
## JURY TRIAL

In an effort to assist in the disposition of this case without undue burden or expense to the parties, the Court finds that the following Scheduling Order will facilitate the fair, timely, and responsible resolution of the above numbered cause, and therefore, IT IS ORDERED that the following case settings and deadlines apply:

**May 20, 2015**   **Jury Trial** is set to begin at **8:30 a.m.** on the dates specified.

**May 12, 2015**   **Pretrial** is set for **9:00 a.m.** on the date specified and at such time each party shall submit the following:
- Witness list;
- Exhibit list;
- Proposed "Charge of the Court" ready for submission to the jury, along with an electronic copy in Microsoft Word format on flash drive;
- Motion in Limine;
- Deposition designations; and
- Concise written statement of significant legal and/or evidentiary issues.

**February 16, 2015** **"Paper" Discovery Deadline.** All outgoing "paper" discovery, including interrogatories, requests for production, requests for admission, requests for disclosure, etc., must be served upon opposing counsel on or before the date specified.

**February 16, 2015** **Deposition Deadline.** All depositions must be concluded by the date specified.

**February 16, 2015** **Designation of Responsible Third Parties.** Responsible third parties must be designated on or before the date specified.

**January 16, 2015** **Deadline for Adding or Joining New Parties.** New parties must be added or joined on or before the date specified.

**December 15, 2014** **Amended Pleadings.** Amended pleadings must be filed on or before the date specified.

2

**March 16, 2015**    **Summary Judgment Motions.** Summary Judgment Motions must be filed on or before the date specified.

**January 16, 2015**    **Plaintiff's Expert Witness Designation Date.** (See below)

**February 16, 2015**   **Defendant's Expert Witness Designation Date.** (See below)

Each Plaintiff must comply with the following on or before *Plaintiff's Expert Witness Designation Date.* Each defendant must comply with the following on or before *Defendant's Expert Witness Designation Date*:

As to all of Plaintiff's and Defendant's testifying experts – serve upon the attorneys of record:

1. the expert's name, address, and telephone number;

2. the subject matter on which the expert will testify; (3) the general substance of the expert's mental impressions and opinions, and a brief summary of the basis for them (or if the expert is not retained by, employed by, or otherwise subject to Plaintiff's/Defendant's control – documents reflecting such information).

*Additionally,* as to all of Plaintiff's/Defendant's testifying experts who are retained by, employed by, or otherwise subject to the control of Plaintiff/Defendant - serve upon the attorneys of record:

1. all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

2. the expert's current resume and bibliography.

**May 6, 2015**    **Mediation Deadline.** IT IS ORDERED that mediation shall occur on or before the specified date. **STEVE WATKINS** is appointed mediator in the above case. Counsel are directed to contact the mediator to arrange the logistics of mediation within 5 days from the date of this Order. Any objection to this Order must be filed and served upon all parties and the mediator, and a hearing must be requested within 10 days from the date of receipt of this Order. An objection that is neither timely filed nor ruled upon before the scheduled mediation may be waived.

         **STEVE WATKINS, ESQ – Mediator**
         **PO BOX 876**
         **GREENVILLE, TX  75403-0876**
         **VOICE (903) 454-6688   FAX (903) 454-1772**

A reasonable mediation fee shall be allocated among the parties as determined to be fair by the mediator, and each party to the lawsuit shall have an individual personally present for mediation with full settlement authority.

**N/A**      **Other Agreed Upon Deadline.** Insert in the blank "N/A" if not applicable; otherwise, describe as follows:

_____

_____

_____

3

      The trial court reserves the right to impose sanctions for failure to comply with the terms of this Order.

SIGNED AND ENTERED ON THIS **3** day of **October**, 20 **14**

_Randal L. McDonald_

Judge Presiding

**Attorney Information**

Name:      Richard L. Ray

Address:    Ray & Thatcher, Attorneys at Law, P.C.

             300 S. Trade Days Blvd., Canton, Texas 75103

Phone & Fax: (903)567-2051 / (903)567-6998 / rlray@rayandthatcher.com

Name:      Martin R. Bennett

Address:    Kugle, Skelton & Bennett, P.C.

             130 East Corsicana, Suite 302, Athens, Texas 75751

Phone & Fax: (903)675-5151 / (903)677-4950 / mbennett@ksbpc.com



# SOCIAL SECURITY ADMINISTRATION

Refer To: <span>████████</span>

Ounkham Joe Deuanxayasane

Office of Disability Adjudication and Review
Suite 500
12790 Merit Dr.
Dallas, TX 75251
Tel: (866)331-7135 / Fax: (972)341-5153

March 12, 2015

Ounkham Joe Deuanxayasane
706 Lawrence
Terrell, TX 75160

**RECEIVED MAR 20 2015**

## NOTICE OF HEARING

**Please bring this notice of hearing with you to the hearing.**

I have scheduled your hearing for:

**Day:** Tuesday    **Date:** May 12, 2015    **Time:** 10:00 AM
Central (CT)

**Room:** 3    **Address:** 12790 Merit Drive
Suite 500
Dallas, TX 75251

### It Is Important That You Attend Your Hearing

I have set aside this time for you to tell me about your case. If you do not attend the hearing and I do not find that you have a good reason, I may **dismiss** your request for hearing. I may do so without giving you further notice.

You may ask us if you want to appear by telephone. I will grant your request if I find that extraordinary circumstances prevent you from appearing in person or by video teleconferencing.

You **must** bring valid picture identification (ID) to your hearing. Examples of acceptable picture ID include a:

- **Current and valid U.S. State driver's license;**
- **U.S. State-issued identity card;**
- **Current U.S. passport; or**

Form HA-83 (09-2014)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page



# SOCIAL SECURITY ADMINISTRATION

Refer To:

Patricia Lynn Martin

Office of Disability Adjudication and Review
Suite 500
12790 Merit Dr.
Dallas, TX 75251
Tel: (866)331-7135 / Fax: (972)341-5153

March 12, 2015


RECEIVED
MAR 20 2015

Patricia Lynn Martin
708 Tupuna Dr
Tool, TX 75143

## NOTICE OF HEARING

**Please bring this notice of hearing with you to the hearing.**

I have scheduled your hearing for:

**Day:** Tuesday     **Date:** May 12, 2015     **Time:** 10:45 AM Central (CT)

**Room:** 3     **Address:** 12790 Merit Drive
Suite 500
Dallas, TX 75251

## It Is Important That You Attend Your Hearing

I have set aside this time for you to tell me about your case. If you do not attend the hearing and I do not find that you have a good reason, I may **dismiss** your request for hearing. I may do so without giving you further notice.

You may ask us if you want to appear by telephone. I will grant your request if I find that extraordinary circumstances prevent you from appearing in person or by video teleconferencing.

You **must** bring valid picture identification (ID) to your hearing. Examples of acceptable picture ID include a:

- **Current and valid U.S. State driver's license;**

- **U.S. State-issued identity card;**

- **Current U.S. passport; or**

Form HA-83 (09-2014)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page



Refer To:
~~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~~
Joe Paul Hicks

Office of Disability Adjudication and Review
Suite 500
12790 Merit Dr.
Dallas, TX 75251
Tel: (866)331-7135 / Fax: (972)341-5153

March 12, 2015

Joe Paul Hicks
1487 Fm 751
Wills Point, TX 75169

**RECEIVED**
**MAR 20 2015**

## NOTICE OF HEARING

**Please bring this notice of hearing with you to the hearing.**

I have scheduled your hearing for:

**Day:** Tuesday    **Date:** May 12, 2015    **Time:** 11:30 AM
Central (CT)

**Room:** 3    **Address:** 12790 Merit Drive
Suite 500
Dallas, TX 75251

### It Is Important That You Attend Your Hearing

I have set aside this time for you to tell me about your case. If you do not attend the hearing and I do not find that you have a good reason, I may **dismiss** your request for hearing. I may do so without giving you further notice.

You may ask us if you want to appear by telephone. I will grant your request if I find that extraordinary circumstances prevent you from appearing in person or by video teleconferencing.

You **must** bring valid picture identification (ID) to your hearing. Examples of acceptable picture ID include a:

- **Current and valid U.S. State driver's license;**
- **U.S. State-issued identity card;**
- **Current U.S. passport; or**

Form HA-83 (09-2014)
Representative



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page